UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

          -against-

JUAN CORDERO et al.,

                        Defendants.
------------------------------------------------------------- x

**ORDER**

21 Cr. 132 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 13, 2021, I held a telephonic status conference in the above-captioned matter. A waiver of appearance was entered for Defendant Jose Cordero and Defendant Seryy. As discussed at the conference, Defendant Figaro, Defendant Jose Cordero, and Defendant Seryy may file their motions to suppress by October 1, 2021. Oppositions shall be filed by October 15, 2021, and replies are due by October 22, 2021. Defendants Torres, Molina, Altaweel, and Urena hereby waive their rights to make pre-trial motions. The parties are hereby ordered to appear for a status conference on October 27, 2021, at 10 a.m. Time is excluded in the interests of justice for the reasons stated on the record. *See* 18 U.S.C. § 3161(h)(7)(A).

        SO ORDERED.

Dated:    September 14, 2021                 _/s/_ Alvin K. Hellerstein_____
              New York, New York            ALVIN K. HELLERSTEIN
                                                                        United States District Judge